UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

THOMAS CENSKE,

        Plaintiff,                                   Case No. 5:04-cv-107

v.                                                      Hon. Richard Alan Enslen

CLINTON COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 5, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                              /s/Richard Alan Enslen
June 27, 2006                                        Richard Alan Enslen
                                                        Senior United States District Judge